```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
           FILED

        MAY 0 1 2007

    JOHN F. CORCORAN, CLERK
    BY: /s/ J. Bright
           DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| STANLEY MATTHEW BLACK, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00205 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CIRCUIT COURT OF WYTHE ) | |
| COUNTY, et al., ) | By: Hon. James C. Turk |
|     Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), as frivolous and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This __1__ day of ~~April~~ MAY, 2007.

/s/ James C. Turk
Senior United States District Judge