CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 1 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **STANLEY MATTHEW BLACK,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:07-cv-00205** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **CIRCUIT COURT OF WYTHE** | ) | |
| **COUNTY, et al.,** | ) | **By: Hon. James C. Turk** |
| **Defendant(s).** | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), as frivolous and is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This ___1___ day of ~~April~~ MAY, 2007.

_____
Senior United States District Judge